UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

CA04-40148

MARK A. PETERSON,
            Plaintiff

v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY – LINCOLN LABORATORY
– and –
RESEARCH DEVELOPMENT and
TECHNICAL EMPLOYEES, UNION,
            Defendants

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearances of Angoff, Goldman, Manning, Wanger & Hynes, P.C., E. David Wanger and John F. McMahon, as attorneys for defendant Research Development and Technical Employees Union.

RESEARCH DEVELOPMENT and
TECHNICAL EMPLOYEES UNION

By its attorneys

E. David Wanger, Esq.
BBO# 515640

John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
    WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500

Dated: 8/23/04

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on ___8/24___

Date: _8/24_

_____
John F. McMahon, Esquire