UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

FILED
IN CLERKS OFFICE

2004 SEP -3  A 10: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

MARK A. PETERSON

Plaintiff

v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY - LINCOLN
LABORATORY
and
RESEARCH DEVELOPMENT AND
TECHNICAL EMPLOYEE'S UNION

Defendants

Case No.  04-40148

---

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Sullivan Weinstein & McQuay, P.C., Sheryl D. Eisenberg and Jerome N. Weinstein as attorneys for defendant Massachusetts Institute of Technology - Lincoln Laboratory in the above-captioned matter.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY - LINCOLN
LABORATORY

By its attorneys

Sheryl D. Eisenberg (BBO# 641304)
Jerome N. Weinstein (BBO# 520480)

SULLIVAN WEINSTEIN
& MCQUAY, P.C.
Two Park Plaza
Boston, Massachusetts 02116
(617) 348-4300

Date: 9-1-04

## CERTIFICATE OF SERVICE

I, Sheryl D. Eisenberg, attorney for defendant Massachusetts Institute of Technology - Lincoln Laboratory, do hereby certify that a true copy of the foregoing has been duly served upon the attorney of record for each other party by First Class Mail on this _____ day of September 2004.

_____
Sheryl D. Eisenberg