

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

|  |  |
|---|---|
| MARK A. PETERSON,<br>　　　　　　　Plaintiff<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY – LINCOLN LABORATORY<br>– and –<br>RESEARCH DEVELOPMENT and<br>TECHNICAL EMPLOYEES, UNION,<br>　　　　　　　Defendants | C. A. 04-40148 |

## UNION DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Research Development and Technical Employees Union ("RDTEU") moves for summary judgment pursuant to Fed. R. Civ. P. 56(b), on the grounds that there are no material disputes of fact and Defendant RDTEU is entitled to judgment as a matter of law. In support of its motion, Defendant relies upon:

1. Defendant Union's Local Rule 56.1 Statement;

2. Plaintiff's Complaint;

3. Affidavit of Myrna Solod, Clerk, Massachusetts Commission Against Discrimination; and,

4. Defendant Union's Memorandum In Support of Summary Judgment.

RESEARCH DEVELOPMENT and
TECHNICAL EMPLOYEES UNION

By its attorneys

_____
E. David Wanger, Esq.
BBO# 515640

_____
John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
    WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500

Dated: 10/12/04

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 10/12/04

Date: 10/12/04

_____
John F. McMahon, Esquire