UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK A. PETERSON, }
Plaintiff }
}
vs. }
}
MASSACHUSETTS INSTITUTE OF }
TECHNOLOGY - LINCOLN LABORATORY, }
and }
RESEARCH DEVELOPMENT and }
TECHNICAL EMPLOYEES' UNION, }
Defendants }

C.A. NO. 04-40148

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
OF DEFENDANT, RESEARCH DEVELOPMENT
AND TECHNICAL EMPLOYEE'S UNION (Assented to)

Now comes the Plaintiff, Mark A, Peterson, and moves for an extension of time to November 12, 2004 in which to file an Opposition to Motion for Summary Judgment of Defendant, Research Development and Technical Employee's Union in the above-captioned matter.

AS REASON THEREFORE, Plaintiff's counsel has been on trial or engaged in various Courts during the initial response time.

Assented to,                          Respectfully Submitted,
Defendant Union,                      The Plaintiff,
By Its Attorney,                      By His Attorney,


_____        _____
JOHN F. MCMAHON, ESQUIRE              DAVID O. SCOTT, ESQUIRE
ANGOFF, GOLDMAN, MANNING              LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 338360                     B.B.O. NO. 449165
45 BROMFIELD ST., 8TH FLOOR           200 CHAUNCY STREET
BOSTON, MASSACHUSETTS 02108           MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (617) 723-5500              TELEPHONE (508) 261-7090

DATED  10-22-04                       DATED  10-22-04

David O. Scott,
Attorney at Law
200 Chauncy Street
Mansfield, Massachusetts 02048
(508) 261-7090

Assented to,
Defendant MIT-Lincoln Lab,
By Its Attorney,

*Sheryl D. Eisenberg* (per auth DOS)

SHERYL D. EISENBERG, ESQUIRE
SULLIVAN, WEINSTEIN & McQUAY
B.B.O. NO. 641304
TWO PARK PLAZA
BOSTON, MASSACHUSETTS 02110-3902
TELEPHONE (617) 348-4300

DATED 10-22-04

## CERTIFICATE OF SERVICE

I, David O. Scott, attorney for the Plaintiff in the above-entitled matter, do hereby certify that I have, this day, forwarded a copy of the foregoing motion, by first class mail, postage prepaid, to the following attorneys of record: John F. McMahon, Esquire and E. David Wanger, Esquire, Angoff, Goldman, Manning, Wanger & Hynes, P.C., 45 Bromfield Street, 8th Floor, Boston, Massachusetts 02108; and to Sheryl D. Eisenberg, Esquire, Sullivan, Weinstein & McQuay, Two Park Plaza, Boston, Massachusetts 02116-3901.

DAVID O. SCOTT, ESQUIRE
LAW OFFICE OF DAVID O. SCOTT, P.C.
B.B.O. NO. 449165
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-7090

DATED 10-22-04