UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK A. PETERSON,<br>Plaintiff | }<br>}<br>} |
| vs. | } C.A. NO. 04-cv-40148 |
| MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY - LINCOLN LABORATORY,<br>and<br>RESEARCH DEVELOPMENT and<br>TECHNICAL EMPLOYEES' UNION,<br>Defendants | }<br>}<br>}<br>}<br>}<br>}<br>} |

### CERTIFICATION

The undersigned affirm that they have conferred regarding:

a. A view to establish a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

b. Consideration of the resolution of the litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

The Plaintiff,                          Plaintiff's Attorney,

*Mark A. Peterson*                      /s/ *signature*
MARK A. PETERSON                        ~~DAVID~~ O. SCOTT, ESQUIRE
                                        LAW OFFICE OF DAVID O. SCOTT, P.C.
                                        B.B.O. NO. 449165
                                        200 CHAUNCY STREET
                                        MANSFIELD, MASSACHUSETTS 02048
                                        TELEPHONE (508) 261-7090

                                        DATED June 29, 2005