UNITED STATES DISTRICT COURT OF MASSACHUSETTS
CENTRAL SECTION

| | |
|---|---|
| MARK PETERSON | |
| Plaintiff, | |
| vs. | Docket No. 04-40148 |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY - LINCOLN LABORATORY, and RESEARCH DEVELOPMENT AND TECHNICAL EMPLOYEE'S UNION, | |
| Defendants. | |

## CERTIFICATION OF DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of Defendant Massachusetts Institute of Technology ("MIT") certify that MIT and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Jerome N. Weinstein, BBO # 520480
Sheryl D. Eisenberg, BBO # 641304
Sullivan Weinstein & McQuay, PC
Two Park Plaza, Suite 610
Boston, MA 02116-3902
(617) 348-4300
*Attorneys for Massachusetts Institute Of Technology*

Brian Donahue
Massachusetts Institute of Technology