UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

Docket No. 04-40148

|  |  |
|---|---|
| MARK A. PETERSON, <br>              Plaintiff <br> v. <br> MASSACHUSETTS INSTITUTE OF <br> TECHNOLOGY – LINCOLN LABORATORY <br> – and – <br> RESEARCH DEVELOPMENT and <br> TECHNICAL EMPLOYEES, UNION, <br>              Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION OF DEFENDANT RESEARCH DEVELOPMENT AND TECHNICAL EMPLOYEES UNION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and authorized representative of Research Development and Technical Employees Union ("Union") certify that the Union and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
E. David Wanger, Esq.
BBO# 515640

_____
John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
   WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500

_____
David H. Gay, President
Research Development and Technical
   Employees Union
800 Massachusetts Avenue
Suite #3
Arlington, MA 02174
781-643-7300

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 7/12/05

Date: 7/12/05

John F. McMahon, Esquire