UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

C. A. 04-CV-40148-FDS

MARK A. PETERSON,
        Plaintiff

v.

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY – LINCOLN LABORATORY
– and –
RESEARCH DEVELOPMENT and
TECHNICAL EMPLOYEES, UNION,
        Defendants

## NOTICE OF APPEARANCE

Please enter the appearances of Angoff, Goldman, Manning, Wanger & Hynes, P.C., E. David Wanger and John F. McMahon, as attorneys for defendant Research Development and Technical Employees Union.

*/s/ John F. McMahon*

John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
    WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500
@ angoff@gis.net

Dated: 10/18/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 10/18/05

Date: 10/18/05

John F. McMahon, Esquire