UNITED STATES DISTRICT COURT OF MASSACHUSETTS
CENTRAL SECTION

| | |
|---|---|
| MARK PETERSON<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY - LINCOLN LABORATORY,<br>and<br>RESEARCH DEVELOPMENT AND TECHNICAL EMPLOYEE'S UNION,<br><br>　　　　　　Defendants. | Docket No. 04-40148 |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), Plaintiff Mark Peterson, Defendant Massachusetts Institute of Technology, and Defendant Research Development and Technical Employees Union (collectively, "the Parties"), hereby move to amend the Scheduling Order in the above-captioned matter to permit additional time to conduct fact discovery.

The Parties request that the interim deadlines for fact discovery be extended by 60 days, and that the final deadline for fact discovery be extended by 30 days, as detailed below.

In support of their Motion, the Parties state that they are in mutual agreement concerning the requests contained herein, and further state that none of the Parties will be prejudiced as a result.

WHEREFORE, the Parties respectfully request that the Scheduling Order be amended as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Fact Discovery- Interim Deadlines:** | | |
| a. All requests for production of documents and interrogatories - | October 3, 2005 | December 3, 2005 |
| b. All requests for admission - | January 16, 2006 | March 16, 2005 |
| c. All depositions, other than expert depositions - | December 15, 2005 | February 15, 2006 |
| **Fact Discovery- Final Deadline:** | | |
| All discovery, other than expert discovery - | March 1, 2006 | April 1, 2006 |

By their respective counsel,

| | |
|---|---|
| DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY, | DEFENDANT RESEARCH DEVELOPMENT AND TECHNICAL EMPLOYEES UNION, |

*/s/ Sheryl D. Eisenberg*
Sheryl D. Eisenberg, Esq.
(BBO # 641304)
Sullivan Weinstein & Mcquay, P.C.
Two Park Plaza
Boston, Massachusetts 02116
(617) 348-4300

*/s/ John F. McMahon*
John F. McMahon, Esq.
(BBO # 338360)
Angoff, Goldman, Manning,
  Wanger & Hynes, P.C.
45 Bromfield Street
Boston, MA 02108
(617) 723-5500

PLAINTIFF MARK A. PETERSON,

*/s/ David O. Scott*
David O. Scott, Esq.
(BBO # 449165)
Law Office of David O. Scott, P.C.
200 Chauncy Street
Mansfield, MA 02048
(508) 261-9777

Dated October __31__, 2005