UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

| | |
|---|---|
| MARK A. PETERSON,<br>                Plaintiff<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF<br>TECHNOLOGY – LINCOLN LABORATORY<br>   – and –<br>RESEARCH DEVELOPMENT and<br>TECHNICAL EMPLOYEES, UNION,<br>                Defendants | C. A. 04-CV-40148 |

## UNION DEFENDANT'S MOTION FOR ORDER COMPELLING ANSWERS TO INTERROGATORIES AND CERTIFICATION

Defendant Research Development and technical Employees Union moves pursuant to F.R. Civ. P. 37(a) 2(B) for an order compelling answers to Defendant Union's Initial Interrogatories to Plaintiff for the reasons stated in its Memorandum.

### CERTIFICATION

Movant certifies that in good faith it has attempted to confer with plaintiff in an effort to secure responses to its initial interrogatories.

RESEARCH DEVELOPMENT and
TECHNICAL EMPLOYEES UNION

By its attorneys

_[signature]_
John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
    WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500

Dated: 12/15/05

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on 12/15/05

Date: 12/15/05

*[signature]*

John F. McMahon, Esquire