UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL SECTION

MARK A. PETERSON,                              )        C. A. 04-CV-40148
                          Plaintiff            )
                                               )
                                               )
            v.                                 )
                                               )
MASSACHUSETTS INSTITUTE OF                     )
TECHNOLOGY – LINCOLN LABORATORY )
            – and –                            )
RESEARCH DEVELOPMENT and                       )
TECHNICAL EMPLOYEES, UNION,                    )
                          Defendants           )
                                               )

UNION DEFENDANT'S MOTION FOR ORDER
COMPELLING ANSWERS TO INTERROGATORIES
AND CERTIFICATION

Defendant Research Development and Technical Employees Union

withdraws its motion for an order compelling answers to Defendant Union's Initial

Interrogatories to Plaintiff.

RESEARCH DEVELOPMENT and
TECHNICAL EMPLOYEES UNION

By its attorney,

John F. McMahon, Esquire
BBO # 338360
ANGOFF, GOLDMAN, MANNING,
    WANGER & HYNES, P.C.
45 Bromfield Street – 8th Floor
Boston, MA 02108
(617) 723-5500

Dated: 12/19/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on _12/19/05_

Date: _12/19/05_                                     _[signature]_
                                                      John F. McMahon, Esquire