# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


Peterson,
            Plaintiff(s),

                                                    CIVIL ACTION

            V.                                      NO. 04-40148-FDS



MIT,
      Defendant(s),


## SETTLEMENT ORDER OF DISMISSAL


Saylor, D. J.


The Court having been advised on ____March 17, 2006_____

that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and

without prejudice to the right of any party, upon good cause shown, to reopen the

action within thirty (30) days if settlement is not consummated.


                                                    By the Court,


____March 17, 2006____                              /s/ Martin Castles_____
            Date                                    Deputy Clerk