UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS - CENTRAL SECTION

**MARK A PETERSON,**
**Plaintiff**

**C.A. No. 04-40148**

**v.**

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY LINCOLN LABORATORY and RESEARCH DEVELOPMENT and TECHNICAL EMPLOYEES' UNION (RDTEU),**
**Defendants**

**JOINT STIPULATION OF DISMISSAL**

The undersigned parties and counsel jointly move that this Honorable Court dismiss the above-referenced action, with prejudice and without attorney's fees and/or costs, hereby waiving any rights of appeal, as the parties have reached agreement on all issues.

The Plaintiff,
Mark A. Peterson,
By His Attorney,

DAVID O. SCOTT, ESQUIRE
B.B.O. NO. 449165
LAW OFFICE OF DAVID O. SCOTT, P.C.
200 CHAUNCY STREET
MANSFIELD, MASSACHUSETTS 02048
TELEPHONE (508) 261-9777
DATED: 4/13/06

The Defendant,
RDTEU,
By Its Attorney,

JOHN F. McMAHON, ESQUIRE
B.O. NO. 338360
ANGOFF, GOLDMAN & MANNING
45 BROMFIELD ST., 8TH FLOOR
BOSTON, MASSACHUSETTS 02108
TELEPHONE (616) 723-5500
DATED: 5/3/06