UNITED STATES DISTRICT COURT OF MASSACHUSETTS
CENTRAL SECTION

MARK PETERSON

                    Plaintiff,

vs.                                                    Docket No.  04-40148

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY - LINCOLN
LABORATORY,
and
RESEARCH DEVELOPMENT AND
TECHNICAL EMPLOYEE'S UNION,

                    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, the

undersigned parties stipulate that all claims that were or could have been asserted in this

action by or against the other, be dismissed with prejudice and without costs, and waiving

all rights of appeal.

**Mark A. Peterson,**
By his counsel,


David O. Scott, Esq. (BBO #449165)
Law Office of David O. Scott, P.C.
200 Chauncy Street
Mansfield, MA 02048
(508) 261-9777

Dated:  Cpril 25, 2006

**Massachusetts Institute of Technology,**
By its counsel,


Sheryl D. Eisenberg, Esq. (BBO # 641304)
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA 02116
(617) 348-4300

Dated:  May 10, 2006

12